# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| OFFICIAL TORT CLAIMANTS' COMMITTEE OF BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>Plaintiffs,<br><br>-against-.<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>Defendants. | Adv. Pro. No. 21-50032 (LSS) |

### JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, JPMorgan Chase Bank, National Association, by its undersigned counsel, states as follows: JPMorgan Chase Bank, National Association is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation that does not have a parent corporation. The Vanguard Group, Inc., an investment adviser, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: April 26, 2021<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br> /s/ Morgan L. Patterson<br>Matthew P. Ward (DE Bar No. 4471)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email:  matthew.ward@wbd-us.com<br>          morgan.patterson@wbd-us.com<br><br>   -and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Louis R. Strubeck, Jr. (admitted *pro hac vice*)<br>Kristian W. Gluck (admitted *pro hac vice*)<br>Ryan E. Manns (admitted *pro hac vice*)<br>Laura Smith (admitted *pro hac vice*)<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 855-8000<br>Facsimile: (214) 855-8200<br>Email:  louis.strubeck@nortonrosefulbright.com<br>          kristian.gluck@nortonrosefulbright.com<br>          ryan.manns@nortonrosefulbright.com<br>          laura.smith@nortonrosefulbright.com<br><br>*Counsel to JPMorgan Chase Bank, National Association* |