# **EXHIBIT A**

Revised Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| OFFICIAL TORT CLAIMANTS' COMMITTEE OF BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>Plaintiffs,<br><br>-against-.<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>Defendants. | Adv. Pro. No. 21-50032 (LSS)<br><br>**Related Docket No.: 15** |

## ORDER GRANTING MOTION TO INTERVENE
## OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

Before the Court is the motion of JPMorgan Chase Bank, National Association ("JPM") to intervene in the above-captioned adversary proceeding. After reviewing the motion and other submissions; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. § 1408 and 1409; and proper and adequate notice has

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

been given and no other or further notice is necessary; and after due deliberation thereon and for good cause having been shown,

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. JPM is authorized to intervene in this adversary proceeding as a party plaintiff.

2. The Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.