# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| OFFICIAL TORT CLAIMANTS' COMMITTEE OF BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC<br><br>            Plaintiff,<br><br>    -against-<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>            Defendants. | Adv. Pro. No. 21-50032 (LSS) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on June 1, 2021, the undersigned counsel caused a copy of (1) *Debtors' Responses and Objections to the First Set of Interrogatories by Plaintiff the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC*, and (2) *Debtors' Responses and Objections to the First Set of Request for Production of Documents by Plaintiff the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC* to be served via email on the parties listed on **Exhibit A** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, on June 2, 2021, the undersigned counsel caused a copy of the verification to the *Debtors' Responses and Objections to the First Set of Interrogatories by Plaintiff the Official Committee of Tort Claimants to Boy Scouts of America and Delaware BSA, LLC*, to be served via email on the parties listed on **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| Dated: | June 3, 2021<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|---|

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      emoats@morrisnichols.com
      ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION

## Exhibit A

**Service List**

**BY ELECTRONIC MAIL**

**PACHULSKI STANG ZIEHL & JONES LLP**
James I. Stang
Robert B. Orgel
James E. O'Neill
John W. Lucas
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  jstang@pszjlaw.com
           rorgel@pszjlaw.com
           joneill@pszjlaw.com
           jlucas@pszjlaw.com