**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| OFFICIAL TORT CLAIMANTS'<br>COMMITTEE OF BOY SCOUTS OF<br>AMERICA AND DELAWARE BSA, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>          Defendants. | Adv. Pro. No. 21-50032 (LSS) |

NOTICE OF STATUS CONFERENCE AND ADJOURNMENT OF
HEARING ORIGINALLY SCHEDULED ON JUNE 11, 2021, AT 10:00 A.M. (ET)

**This remote status conference will be conducted entirely over Zoom and requires all participants to register in advance. Please register by June 11, 2021, at 8:30 a.m. Eastern Time**

**COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.**

**Please use the following link to register for this status conference:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcOigqjkqE4A8IM6Je054jCgt-qXGQgY**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**

Topic: Boy Scouts of America

**Time: June 11, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

---

[1]     The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

STATUS CONFERENCE

Status: Please take notice that at the direction of the Court, the hearing originally scheduled for June 11, 2021, has been adjourned, and will go forward only as a status conference.

Dated: June 9, 2021
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        emoats@morrisnichols.com
        ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION